| Attorney or Party without Attorney: <br> JOHN C. HALLERUD <br> FEDERAL TRADE COMMISSION <br> 55 W. MONROE STREET <br> SUITE 1825 <br> CHICAGO, IL 60603 <br> Telephone No: 312-960-5634 | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Northern District Of Illinois | | |
| Plaintiff: FEDERAL TRADE COMMISSION | | |
| Defendant: BEONY INTERNATIONAL LLC, ETC., ET AL. | | |

| PROOF OF SERVICE <br> SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 11-CV-02448 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case; Complaint; Civil Cover Sheet; Attorney Appearance Form; Federal Trade Commission's Motion For A Temporary Restraining Order With Other Equitable Relief And Order To Show Cause Why A Preliminary Injunction Should Not Issue; Ftc's Memorandum Of Points In Support Of Its Motion For Temporary Restraining Order With Other Equitable Relief And Order To Show Cause Why A Preliminary Injunction Should Not Issue; Exhibits Supporting Plaintiff's Motion For A Temporary Restraining Order With Other Equitable Relief And Order To Show Cause Why A Preliminary Injunction Should Not Issue (Volume I); Temporary Restraining Order With Other Equitable Relief And Order To Show Cause Why A Preliminary Injunction Should Not Issue; Preliminary Injunction; Notice Of Motion

3. a. *Party served:* BEONY INTERNATIONAL LLC, A CALIFORNIA LIMITED LIABILITY COMPANY
   b. *Person served:* ROBERT PERTERSON, AGENT AUTHORIZED TO ACCEPT SERVICE. SERVED UNDER F.R.C.P. RULE 4.

4. *Address where the party was served:* 100 WILSHIRE BOULEVARD
   SUITE 950
   SANTA MONICA, CA 90401

5. *I served the party:*
   b. **by substituted service.** On: Thu., Apr. 14, 2011 at: 11:24AM by leaving the copies with or in the presence of:
   JOANNA DIERZO, RECEPTIONIST
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   b. I received this subpena for service on: Thursday, April 14, 2011

6. *Witness fees were not demanded or paid.*
7. *Person Who Served Papers:*                                                Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. MOHAMMAD RAFIQUZZAMAN                           d. *The Fee for Service was:*



   1511 West Beverly Blvd.                                           e. I am: (3) registered California process server
   Los Angeles, CA 90026                                                 *(i)* Independent Contractor
   Telephone   (213) 250-9111                                             *(ii)* Registration No.:   6600
   Fax         (213) 250-1197                                             *(iii)* County:            Los Angeles
   www.firstlegalnetwork.com

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   *Date: Thu, Apr. 14, 2011*

                                                                                           (MOHAMMAD RAFIQUZZAMAN)
                                                                                           4903929.fedtr.359882

Judicial Council Form                              PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007             SUMMONS IN A CIVIL CASE

| *Attorney or Party without Attorney:*<br>JOHN C. HALLERUD<br>FEDERAL TRADE COMMISSION<br>55 W. MONROE STREET<br>SUITE 1825<br>CHICAGO, IL 60603<br>*Telephone No:* 312-960-5634    *FAX No:* | | *For Court Use Only* |
|---|---|---|
| | *Ref. No or File No.:* | |
| *Attorney for:* Plaintiff | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court, Northern District Of Illinois | | |
| *Plaintiff:* FEDERAL TRADE COMMISSION | | |
| *Defendant:* BEONY INTERNATIONAL LLC, ETC., ET AL. | | |
| **PROOF OF SERVICE**<br>**By Mail** | *Hearing Date:*   *Time:*   *Dept/Div:* | *Case Number:*<br>11-CV-02448 |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons In A Civil Case; Complaint; Civil Cover Sheet; Attorney Appearance Form; Federal Trade Commission's Motion For A Temporary Restraining Order With Other Equitable Relief And Order To Show Cause Why A Preliminary Injunction Should Not Issue; Ftc's Memorandum Of Points In Support Of Its Motion For Temporary Restraining Order With Other Equitable Relief And Order To Show Cause Why A Preliminary Injunction Should Not Issue; Exhibits Supporting Plaintiff's Motion For A Temporary Restraining Order With Other Equitable Relief And Order To Show Cause Why A Preliminary Injunction Should Not Issue (Volume I); Temporary Restraining Order With Other Equitable Relief And Order To Show Cause Why A Preliminary Injunction Should Not Issue; Preliminary Injunction; Notice Of Motion

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:   Thu., Apr. 14, 2011
   b. Place of Mailing:  LOS ANGELES, CA 90026
   c. Addressed as follows:   BEONY INTERNATIONAL LLC, A CALIFORNIA LIMITED LIABILITY
                              COMPANY
                              100 WILSHIRE BOULEVARD
                              SUITE 950
                              SANTA MONICA, CA 90401

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Apr. 14, 2011 in the ordinary course of business.

5. *Person Serving:*                                           Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Thomas Tilcock                                           d. *The Fee for Service was:*
   b. FIRST LEGAL SUPPORT SERVICES                             e. I am: Not a Registered California Process Server
      1511 W. BEVERLY BLVD
      LOS ANGELES, CA 90026
   c. 213-250-9111

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   *Date: Thu, Apr. 14, 2011*

                                                                                  (Thomas Tilcock)

Judicial Council Form                          PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007              By Mail                                     *4903929.fedtr.359882*